UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOHN ROESSER,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/3/2023

23 Cr. 155 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court will hold an initial conference in this matter on **April 25, 2023**, at **2:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: April 3, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge