

U.S. Dep

*United Sta*
*Southern*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/13/2023

*The Silvio J. M*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 12, 2023

**BY ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

　　　　Re: *United States v. John Roesser*, 23 Cr. 155 (AT)

Dear Judge Torres:

　　　　The Government respectfully requests that time be excluded in the above-captioned matter under the Speedy Trial Act between April 12, 2023, and April 25, 2023, the date of the initial conference before Your Honor.　On April 3, 2023, defendant John Roesser was arraigned on Indictment No. 23 Cr. 155 before Judge Barbara C. Moses. Judge Moses excluded time through April 17, 2023.　An exclusion of time through April 25, 2023, under the Speedy Trial Act is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will enable the Government to prepare additional discovery, the defendant to review discovery already produced, and the parties to discuss a pre-trial resolution. 18 U.S.C. § 3161(h)(7)(A).　Defense counsel consents to the exclusion of time.

　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　DAMIAN WILLIAMS
　　　　　　　　　　　　United States Attorney

　　　　　　　　　by: */s/ Steven J. Kochevar* _____

GRANTED.  The time from April 12, 2023, through April 25, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow time for the Government to prepare discovery, the Defendant to review discovery, and the parties to discuss a pre-trial resolution of the case.

SO ORDERED.

Dated: April 13, 2023
　　　　New York, New York

**ANALISA TORRES**
**United States District Judge**