```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

                -against-

JOHN ROESSER,

                                Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2023

23 Cr. 155 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The initial conference scheduled for April 25, 2023, is ADJOURNED to **April 26, 2023**, at **4:00 p.m.**

SO ORDERED.

Dated: April 21, 2023
New York, New York

_____
ANALISA TORRES
United States District Judge