UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOHN ROESSER,

                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/28/2023_____
```

23 Cr. 155 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference scheduled for July 18, 2023, is ADJOURNED to **July 25, 2023**, at **4:00 p.m.**

SO ORDERED.

Dated: June 28, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge