UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOHN ROESSER,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/17/2023_____

23 Cr. 155 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference scheduled for July 25, 2023, is ADJOURNED *sine die*.

The Court shall hold a change-of-plea hearing for Defendant on **September 12, 2023**, at **3:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: July 17, 2023
New York, New York

_____
ANALISA TORRES
United States District Judge