

U.S. Department

United States
Southern Di

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2023

*The Silvio J. Mollo*
*One Saint Andrew*
*New York, New York 10007*

July 18, 2023

**BY ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. John Roesser*, 23 Cr. 155 (AT)

Dear Judge Torres:

    The Government respectfully requests that time be excluded in the above-captioned matter under the Speedy Trial Act through September 12, 2023, the date of the change-of-plea hearing scheduled before Your Honor. On July 17, 2023, the Court adjourned the previously scheduled status conference *sine die* and scheduled the September 12, 2023, change-of-plea hearing. An exclusion of time through September 12, 2023, under the Speedy Trial Act is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will enable the parties to continue to discuss a pre-trial resolution of this matter and to prepare for and appear at the change-of-plea hearing. 18 U.S.C. § 3161(h)(7)(A). Defense counsel consents to the exclusion of time.

                                              Respectfully Submitted,

                                              DAMIAN WILLIAMS
                                              United States Attorney

                                  by: */s/ Steven J. Kochevar*
                                        Steven Kochevar
                                        Assistant United States Attorneys
                                        (212) 637-2262

GRANTED.

SO ORDERED.

Dated: July 19, 2023
       New York, New York

                                            ANALISA TORRES
                                            United States District Judge