USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/02/2024

**COHEN, FRANKEL & RUGGIERO**
ATTORNEYS AT LAW
20 VESEY STREET, SUITE 1200
NEW YORK, NEW YORK 10007
(212) 732-0002 • FAX (212) 293-7227

MARK I. COHEN
PETER M. FRANKEL
LOUIS J. RUGGIERO
MINA KENNEDY
GILLIAN M. FEEHAN*

*ADMITTED IN NJ AND PENDING ADMISSION IN NY

35-07 90TH STREET
JACKSON HEIGHTS, NEW YORK 11372
(718) 898-4900 • FAX (718) 898-0093
PLEASE DO NOT REPLY TO THIS OFFICE

January 2, 2024

**VIA ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. John Roesser*
       23 Cr. 155 (AT)

Dear Judge Torres:

   Please recall that I represent Mr. John Roesser in his defense of the above-referenced matter. Mr. Roesser is presently scheduled for sentencing before Your Honor on January 16, 2024, at 1:00 p.m., and per Your Honor's order, the defense's sentencing submission is due January 2, 2024. For the reasons that follow, I write to respectfully request an approximately two-week adjournment of the sentencing hearing until late January 2024.

   Yesterday, I wrote to respectfully request that Your Honor grant a two-day extension of the defense's sentencing submission deadline until January 4, 2024 due to my being out of the office and my associate contracting coronavirus. This morning, my associate learned that a close friend, age 28, was unexpectedly found deceased on New Years Day. Therefore, I respectfully request a two-week adjournment to allow for sufficient time to finishing preparing Mr. Roesser's sentencing memorandum after a brief mourning period. I have discussed the adjournment request with A.U.S.A. Kochevar, who has no objection given the circumstances. Thank you for your consideration of this request.

GRANTED IN PART. The sentencing scheduled for January 16, 2024, is ADJOURNED to **February 6, 2024**, at **2:00 p.m.** By **January 19, 2024**, Defendant shall file his sentencing submission. By **January 26, 2024**, the Government shall file its sentencing submission.

SO ORDERED.

Dated: January 2, 2024
       New York, New York

ANALISA TORRES
United States District Judge