```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/03/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

JOHN ROESSER,

                    Defendant.

23 Cr. 155 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled for February 6, 2024, is ADJOURNED to **February 13, 2024**, at **11:00 a.m**.

    SO ORDERED.

Dated: January 3, 2024
       New York, New York

                                          ANALISA TORRES
                                     United States District Judge