```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

JOHN ROESSER,

                     Defendant.

23 Cr. 155 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled for February 13, 2024, is ADJOURNED to **February 20, 2024**, at **4:00 p.m.**

    SO ORDERED.

Dated: February 12, 2024
       New York, New York

                                           ANALISA TORRES
                                    United States District Judge