```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/15/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-

JOHN ROESSER,

               Defendant.
------------------------------------------------------------X

**ORDER FOR THE RETURN OF DEFENDANT'S PASSPORT IN THE CUSTODY OF THE UNITED STATES DISTRICT COURT PRETRIAL SERVICES OFFICE FOR THE SOUTHERN DISTRICT OF NEW YORK**

23 Cr. 155 (AT)

Upon the application of Defendant John Roesser, through his attorney Mark I. Cohen, it is hereby ORDERED that:

1. Defendant's motion for the return of his United States passport that is in the custody of the United States District Court Pretrial Services Office for the Southern District of New York is GRANTED; and

2. The United States District Court Pretrial Services Office for the Southern District of New York shall return Defendant's United States passport to him forthwith.

    IT IS SO ORDERED.

Dated:  New York, New York
         May  15 , 2024

_____
The Honorable Analisa Torres
United States District Judge
Southern District of New York